IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PABLO RIVERA-ANDREU,

    Plaintiffs,

v.

PALL LIFE SCIENCES, LLC,

    Defendants,

CIVIL NO.: 14-1029 (MEL)

**JUDGMENT**

In light of the court's minute entry (ECF No. 51) granting joint stipulation of dismissal, the court hereby enters judgment DISMISSING WITH PREJUDICE the complaint without the imposition of costs or attorney's fees.

In San Juan, Puerto Rico, this 21st day of April, 2015.

                                          s/Marcos E. López
                                          U.S. Magistrate Judge